IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA PALCZYNSKY, individually and on behalf
of all class members and all those similarly situated,

      Plaintiffs,

v.                                                                                        No. 2:21-cv-1125 DHU/KRS

OIL PATCH GROUP, Inc.,

      Defendant.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

The Court, having considered Plaintiff's Motion for Extension of Time to File His Response in Opposition to RUSCO Operating, LLC's Motion to Intervene and Supporting Brief, (Doc. 24), is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file his Response in Opposition to RUSCO Operating, LLC's Motion to Intervene and Supporting Brief is hereby EXTENDED until April 25, 2022.

IT IS SO ORDERED.

                                                                                                 KEVIN R. SWEAZEA
                                                                                                UNITED STATES MAGISTRATE JUDGE