IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA PALCZYNSKY, individually and on behalf
of all class members and all those similarly situated,

    Plaintiffs,

v.                                                                           No. 2:21-cv-1125 DHU/KRS

OIL PATCH GROUP, Inc.,

    Defendant.

**ORDER GRANTING INTERVENOR'S MOTION TO WITHDRAW AS COUNSEL**

THIS MATTER is before the Court on Intervenor RUSCO Operating, LLC's ("RUSCO") Motion to Withdraw Megan Coker as Counsel, (Doc. 40). The Court GRANTS the motion. The Court therefore ORDERS Megan Coker be terminated as attorney for RUSCO, and Kimberly R. McCoy will continue to serve as counsel for RUSCO in this action.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE