IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA PALCZYNSKY, individually and on behalf
of all class members and all those similarly situated,

      Plaintiffs,

v.                                                        No. 2:21-cv-1125 DHU/KRS

OIL PATCH GROUP, Inc.,

      Defendant.

and

RUSCO OPERATING, LLC,

      Intervening Defendant.

**ORDER GRANTING INTERVENOR'S MOTION FOR SUBSTITUTION OF COUNSEL**

      Pending before the Court is Intervenor RUSCO Operating, LLC's ("RUSCO") Motion to Substitute Counsel. The Court GRANTS the Motion. The Court therefore ORDERS Kimberly R. McCoy be terminated as attorney for RUSCO, and Nik B. Abraham will continue to serve as counsel for RUSCO in this action.

      IT IS SO ORDERED.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE