IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA PALCZYNSKY, individually and on behalf
of all class members and all those similarly situated,

      Plaintiffs,

v.                                                                                                   No. 2:21-cv-1125 DHU/KRS

OIL PATCH GROUP, Inc.,

      Defendant,

RUSCO OPERATING, LLC,

      Intervenor.

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of Time, (Doc. 54), and oral motion at the October 12, 2023 scheduling conference. Plaintiff requests an extension to October 20, 2023, to file a response to Intervenor RUSCO Operating, LLC's Motion to Compel Arbitration, (Doc. 51). *See* (Doc. 55), Clerk's Minutes. Having considered the record of the case and consulted with the presiding judge, the Court grants Plaintiff's Motion for Extension.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file a Response to Intervenor RUSCO Operating, LLC's Motion to Compel Arbitration is EXTENDED to October 20, 2023.

IT IS SO ORDERED.

                                                                KEVIN R. SWEAZEA
                                                                UNITED STATES MAGISTRATE JUDGE