IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSHUA PALCZYNSKY, individually and on behalf
of all class members and all those similarly situated,

      Plaintiffs,

v.                                                   No. 2:21-cv-1125 DHU/KRS

OIL PATCH GROUP, Inc.,

      Defendant,

and

RUSCO OPERATING, LLC,

      Intervenor.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS MATTER is before the Court on Defendant Oil Patch Group, Inc.'s Motion to Withdraw Tyree Preston Jones, Jr. as Counsel for Oil Patch Group, Inc., (Doc. 94). The Court GRANTS the motion. The Court therefore ORDERS Tyree Preston Jones, Jr. be terminated as attorney for Oil Patch Group, and Michael James Lombardino will continue to serve as counsel for Oil Patch Group in this action.

      IT IS SO ORDERED.

                                                    _____
                                                    KEVIN R. SWEAZEA
                                                    UNITED STATES MAGISTRATE JUDGE