IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Before the Honorable Kevin R. Sweazea
United States Magistrate Judge

**CLERK'S MINUTES**

*Joshua Palczynsky, et al. v. Oil Patch Group, Inc., et al.*
2:21-cv-1125 DHU/KRS

---

**August 14, 2024**

| | |
|---|---|
| **Attorney for Plaintiff:** | Curt Hesse |
| **Attorney for Defendants**: | Julia Peebles, Michael Lombardino |
| **Attorney for Intervenor:** | Amy Rose |
| | |
| **Proceeding**: | Status Conference |
| | |
| **Start Time:** | 10:00 a.m. |
| **Stop Time:** | 10:07 a.m. |
| **Total Time:** | 7 minutes |
| | |
| **Clerk:** | AC |

**NOTES**

- The Court greets the parties and enters their appearances for the record. The Court asks the parties if they are ready to proceed with the October 22, 2024 settlement conference. Counsel for all parties state that a settlement conference will not be fruitful at this time and they prefer to postpone the settlement conference until after the Motion to Compel Arbitration is ruled on.

- The Court will vacate the October 22, 2024 settlement conference and will set a status conference at a later date to reset it.

- There being nothing further, Court adjourns.