UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| JOSHUA PALCZYNSKY, *et al, individually and on behalf of all class members and those similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>OIL PATCH GROUP, INC.,<br><br>    Defendant,<br><br>RUSCO OPERATING, LLC,<br><br>    Intervenor. | )<br>)<br>)<br>)<br>)  Civil Action No. 2:21-cv-01125 DHU-KRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING IN PART AND DENYING IN PART [178] DEFENDANT OIL PATCH GROUP, INC.'S MOTION TO COMEPL AND DETERMINE SUFFICIENCY**

For the reasons stated at the Motions Hearing held on December 2, 2025, Defendant Oil Patch Group, Inc.'s Motion to Compel and Determine Sufficiency ("Motion") (Doc. 178) is **GRANTED IN PART AND DENIED IN PART** as follows:

The Motion is granted as to Oil Patch Group, Inc.'s request to serve up to **twenty-five (25)** Interrogatories and **twenty-five (25)** Requests for Admission per named Plaintiff and opt-in Plaintiff. Defendant shall serve Plaintiffs with revised Interrogatories and Requests for Admission within ten days of entry by the Court of an amended Scheduling Order reflecting these new limits. Each named Plaintiff and each opt-in Plaintiff shall serve individual responses within **thirty (30) days** of being served with Defendant's revised Interrogatories and Requests for Admission.

The Motion is denied without prejudice as to Oil Patch Group, Inc.'s request for an order compelling Plaintiffs to provide individualized responses to Defendant's Requests for Production. The parties are directed to meet and confer regarding any continuing objections Defendant has to

2

Plaintiffs' previously served responses within **fourteen (14) days** of entry of this Order. Should the parties be unable to reach agreement on any matter discussed during the meet and confer, Defendant shall have **fifteen (15)** days thereafter to file another motion to compel, which shall comply with D.N.M. LR-Civ. 37.1 and shall identify with specificity which responses to the Requests for Production Defendant finds objectionable and why.

    IT IS SO ORDERED this 2nd day of December, 2025.

                                                 _____
                                                 KEVIN R. SWEAZEA
                                                 UNITED STATES MAGISTRATE JUDGE