**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| JOSHUA PALCZYNSKY, *et al*, individually and on behalf of all class members and those similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | 2:21-cv-01125 DHU-KRS |
| v. | ) ) | |
| OIL PATCH GROUP, INC., | ) ) | |
| Defendant. | ) ) ) | |

**ORDER TO SHOW CAUSE**

This matter is before the Court on the Joint Motion to Issue Order to Show Cause ("Motion") (Doc. 197). Having considered the Motion and noting the agreement of the parties, the Motion is **GRANTED**.

On December 2, 2025, the Court ordered each Plaintiff to serve individualized answers and objections to Oil Patch Group's interrogatories and requests for admission. (Doc. 185). The parties represent that, while the majority of Plaintiffs have complied with the Court's Order, Plaintiffs Brad Newport, Alfredo Montes, and Mike Bell have not. Plaintiffs Alfredo Montes and Mike Bell have failed to verify their interrogatory answers. Plaintiff Brad Newport has wholly failed to serve discovery responses. Counsel for Plaintiffs have represented that they are having difficulty communicating with Plaintiffs Brad Newport, Alfredo Montes, and Mike Bell.

Accordingly, the Court **ORDERS** Plaintiffs Brad Newport, Alfredo Montes, and Mike Bell to **SHOW CAUSE** why they should not be dismissed from this litigation. Each of said Plaintiffs may show cause by signing and returning this Show Cause Order to counsel for Plaintiffs, and contacting counsel for Plaintiffs at **(713) 222-6775** within **seven (7) calendar days** of the date shown on this Show Cause Order. If any of these Plaintiffs fail to take any of these actions within the seven-day period, he will be dismissed from this action with prejudice. If any of the

aforementioned Plaintiffs takes the necessary action, then the outstanding discovery obligations of

those Plaintiffs must be completed within **three (3) calendar days.**

IT IS SO ORDERED this 12th day of March, 2026.

_____

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

**RETURN OF NOTICE AND AGREEMENT:** I, _____,

agree in returning this Notice, and as a condition of my continued status as a Plaintiff in this

lawsuit, to remain in contact with my counsel, and to comply with all discovery and other requests

required for my participation in this lawsuit.


_____          _____
Signature                                                            Date


_____
Printed Name