**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| JOSHUA PALCZYNSKY, *et al.*, individually and on behalf of all class members and those similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | 2:21-cv-1125-DHU-KRS |
| v. | ) ) | Class and Collective Action |
| OIL PATCH GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING JOINT MOTION TO TEMPORARILY STAY DEADLINES**

**THIS MATTER** is before the Court on Defendant's Oil Patch Group, Inc. ("OPG") and the Plaintiffs ("Plaintiffs") (collectively, the "Parties") Joint Motion to Temporarily Stay Deadlines, (Doc. 221), filed July 27, 2026. The presiding judge asked the undersigned to rule on the motion. Having considered the parties' briefing and the record of the case, the Court finds that good cause exists to stay all deadlines and, thus, will grant the Joint Motion to Temporarily Stay Deadlines, (Doc. 221).

**IT IS THEREFORE ORDERED** that the Joint Motion to Temporarily Stay Deadlines, (Doc. 221), is **GRANTED**.

**IT IS FURTHER ORDERED** that, to provide sufficient time for settlement negotiations, the completion of discovery and related motion practice, all deadlines on the live scheduling order (Doc. 205) deadlines are **STAYED** pending the resolution of Plaintiffs' Motion to Compel (Doc. 217) (the "Pending Motion").

**IT IS FURTHER ORDERED** that the Parties **SHALL** complete discovery within **thirty (30) days** of the date this Court enters an order resolving the Pending Motion.

2

**IT IS FURTHER ORDERED** that, within **seven (7) days** of this Court's order resolving the Pending Motion, the Parties **SHALL** submit a joint proposed modified scheduling order containing deadlines for Defendant's Motion for Decertification, Plaintiffs' Rule 23 Class Certification Motion, Dispositive Motions, and all other motions.

**IT IS SO ORDERED** this 29th day of July, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

2